Dismissed and Memorandum Opinion filed November 12, 2004









Dismissed and Memorandum Opinion filed November 12,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00975 -CV

____________

 

GRAHAM
WILLIAMS, Appellant

 

V.

 

US PROPERTY
MANAGEMENT, INC. AND MODY ENAV, Appellees

 



 

On Appeal from the
280th District Court

 Harris County, Texas

Trial Court Cause
No. 03‑39312 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 23, 2004.

On October 22, 2004, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 12, 2004.

Panel consists of Justices Yates,
Edelman, and Guzman.